## SUFFOLK COUNTY.*

### COMMONWEALTH *vs.* GEORGE W. COOLEY.

Form of proceedings for the removal of a public officer by information, under Gen. Sts
*c.* 112, § 4.

INFORMATION filed January 15 1861, by the attorney general, for the removal of the respondent from the office of district attorney of the Suffolk district, and based upon Gen. Sts. *c.* 112, § 4, which authorizes a majority of the justices of the supreme judicial court, on bill, petition or other process, to remove district attorneys and other officers therein named, if sufficient cause is shown therefor, and it appears that the public good requires it; and provides for a summary hearing thereon. The information was as follows:

" To the Honorable the justices of .the supreme judicial court now holden at Boston, within the county of Suffolk and for the Commonwealth of Massachusetts.

---

* METCALF, J. did not sit in this county, except in the first case.

Commonwealth *v.* Cooley.

" Be it remembered that, on the fourteenth day of January in the year one thousand eight hundred and sixty one, Stephen Henry Phillips, the attorney general of the commonwealth, comes into court here and gives this honorable court to be informed that, having been directed by his excellency John Albion Andrew, governor of the commonwealth, to inquire into the condition of George W. Cooley, the district attorney of the commonwealth for the Suffolk district, and to proceed thereon as the interests of the commonwealth and public justice may require, upon due inquiry he finds that, by a derangement and enfeebling of the intellect, the said George W. Cooley has been rendered unable to perform any of the duties of his said office for the space of more than three months now last past, and that there is no reasonable ground to hope that he will ever be restored to such a condition as will enable him to perform the duties of his said office, and therefore that his longer continuance therein is likely to embarrass the administration of public justice.

" And the said attorney general further informing showeth unto your honors that it is necessary to the welfare of this commonwealth and the citizens thereof that all its officers should severally perform the high and important functions assigned them by the constitution and laws with promptness and efficiency, and that whenever, by reason of age or infirmity, they are unable so to do, they ought to retire to private life, that their places may be filled by new appointments.

" And the said attorney general further informing showeth unto your honors that, in and by the statutes of this commonwealth, district attorneys, as well as other public officers therein specially named, may be removed from office by a majority of the justices of the supreme judicial court upon bill, petition or other process, if sufficient cause is shown therefor, and it appears that the public good requires such removal.

" Wherefore the said attorney general further informing shows that sufficient cause does exist for the removal of said George W. Cooley, and that the public good requires the same; and he prays that this honorable court, after due notice given, and a

hearing of such proofs as may be exhibited to them, will be pleased to cause said George W. Cooley to be removed from the office of district attorney of the said commonwealth for the Suffolk district; and that the process of this honorable court may also forthwith issue requiring said Cooley, or such person as this court may order to appear in his behalf, to appear at a time and place therein to be named, to show cause, if any there is, why said Cooley should not be removed as aforesaid.

" Stephen H. Phillips, Attorney General."

An order of notice was issued for the respondent to appear on the first Monday of February, and show cause why the prayer of the information should not be granted, and was duly served upon him in the McLean Asylum for the insane in Somerville, in which he was confined, as appeared by the return thereon made by the superintendent of the asylum, who was specially appointed to make the service; and the case came up for a hearing on the 4th of February 1861.

*Foster*, A. G., for the Commonwealth.

*B. F. Butler*, as *amicus curiæ*, suggested the appointment of a guardian *ad litem*.

BIGELOW, C. J. The same suggestion had occurred to us. It appears that the respondent is confined in an insane asylum, and a guardian *ad litem* should be appointed.

*B. F. Butler* was requested to act in that capacity, and consented to do so.

Evidence was then taken of the condition of the respondent, and, after deliberation, a decree was entered, as follows :

" Suffolk, ss. Supreme judicial court, January term A. D. 1861. *Commonwealth of Massachusetts*, by the Attorney General, v. *George W. Cooley.*

" And now this fourth day of February A. D. 1861 the order of notice upon the above entitled information is returned; and the Honorable George T. Bigelow, chief justice of said court, the Honorable Charles A. Dewey, the Honorable Theron Metcalf, The Honorable Ebenezer R. Hoar, the Honorable Reuben A. Chapman, associate justices thereof, being present and sitting, it is made to appear to said court that due service hath

been made of said order of notice in the manner therein ordered, but said George W. Cooley, the respondent therein named, doth not appear, and Benjamin F. Butler, Esquire, a counsellor of this court, is by said court appointed guardian *ad litem*, to appear on behalf of said respondent and represent his interests in the matter of said information, and testimony is heard to prove the allegations thereof. And all and singular the premises being seen and understood, and it being made to appear to said court that the allegations of said information are proved to be true, and that sufficient cause is shown for the removal of said George W. Cooley from his said office of district attorney of the Commonwealth for the Suffolk district, and that the public good requires said removal, therefore it is considered by said court, all of said justices concurring, and they being a majority of the justices of said court, that the said George W. Cooley do not in any manner concern himself further about the holding of or exercising the said office of district attorney of the Commonwealth for the Suffolk district, but that he be and hereby is removed therefrom, and forejudged and excluded from holding or exercising the same office.